UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

In re:

                              Case Number: 19-14839-AJC

GOOD SHEPHERD CHURCH, INC.
                   Debtor.   /        Chapter 11

### DEBTOR'S PRO SE MOTION TO REQUEST
### ADDITIONAL TIME TO SECURE COUNSEL
### AND
### ADDITIONAL TIME TO CORRECT FILING DEFICIENCIES

      COMES NOW, Debtor. Good Shepherd Church, Inc. and pursuant to Fed. R. Bankr. 1007 (c), and 9006 (b) and Local Ruled 1007-1 (b) moves this Court for an Order extending the time within which to hire an attorney to represent Debtor and to file lists, schedules, statements and other documents as required under 11 U.S.C. Section 521(a)(1) for an additional period of thirty (30) days from the date of this request and in support thereof states:

1. On April 15, 2019 Debtor filed a voluntary petition under chapter 11 of the Bankruptcy code.
2. The petition was prepared and filed in an expedited manner in order to stop a foreclosure sale on certain assets on Debtor.
3. Debtor was unable to hire an attorney and to gather all the necessary documents and information required to complete the chapter 11 lists, schedules, statements and other documents.
4. Debtor is still in the process of gathering the required documents and information, and securing the services of a competent attorney
5. Debtor requires an extension of time to complete the filing to avoid dismissal of this case.
6. The Meeting of Creditors has not been held and no creditor will suffer any prejudice if the Debtor is granted the extension of time.

WHEREFORE, Debtor requests that this Court grant a thirty (30) day extension of time, until April 26, 2019, in which to hire an attorney and file all remaining schedules, lists, statements and other documents and forms as required by 11 U.S.C. 521 (a)(1).

                                                         Respectfully submitted,

                                                         Kashawn Donald, President
                                                         Good Shepherd Church, Inc.
                                                         145000 NE 6th Avenue, Unit B
                                                         Miami, FL  33161
                                                         Telephone: 786-774-7724
                                                         *msdeendcdc@gmail.com*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of April 2019, a true and exact copy of the foregoing Motion has been served via U.S. Mail to the following:

Moshe Rubinstein, Esq.,
Moshe Rubinstein Law Firm
6100 Hollywood Blvd., Suite 305
Hollywood, FL 33024

Office of the U.S. Trustee
51 SW 1st Avenue - Room 1204
Miami, FL 33130