UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

In re:

Case Number: 19-14839-AJC

GOOD SHEPHERD CHURCH, INC.

            Debtor.   /        Chapter 7

FILED-USBC, FLS-MIA
'19 MAY 21 AM 8:38

## DEBTOR'S PRO SE MOTION TO DISMISS CHAPTER 7
## NOTICE FOR HEARING MAY 21 2019

COMES NOW, Debtor, Good Shepherd Church, Inc. and pursuant to local Ruled 9010 (B)(1) "except in limited capacity as set forth in the rule. This Motion moves this Court to dismiss case without prejudice and allow Debtor to files Chapter 11 with a licensed attorney.

WHEREFORE, The Debtor would like case without prejudice to file Chapter 11 with a licensed attorney.

Respectfully submitted,

Rashawn Donald, President
Good Shepherd Church, Inc.
14500 NE 6th Avenue, Unit B
Miami, FL  33161
Telephone: 786-774-7724

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of May 2019, a true and exact copy of the foregoing Motion has been served via U.S. Mail to the following:

Moshe Rubinstein, Esq.,
Moshe Rubinstein Law Firm
6100 Hollywood Blvd., Suite 305
Hollywood, FL  33024

Office of the U.S. Trustee
51 SW 1st Avenue - Room 1204
Miami, FL  33130