

**ORDERED in the Southern District of Florida on May 23, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

GOOD SHEPHERD CHURCH, INC.,        CASE NO. 18-18850-BKC-AJC

Debtor(s).
_____/

### ORDER DENYING DEBTOR'S "PRO SE" MOTION TO DISMISS

THIS CAUSE comes before the Court upon the *Debtor's Pro Se Motion to Dismiss Chapter 7 Notice for Hearing May 21, 2019* filed by the alleged President of the Debtor corporation. The movant is not an attorney and has already been advised he may not represent this Debtor before this Court in these proceedings. Moreover, for the reasons stated on the record at the hearing(s) in this case, the Court finds cause to deny dismissal of this case, especially a dismissal without prejudice. Accordingly, it is

ORDERED AND ADJUDGED that the *Debtor's Pro Se Motion to Dismiss Chapter 7 Notice for Hearing May 21, 2019* filed by Rashawn Donald as President of the Debtor is DENIED.

###

Copies furnished by Clerk of Court to:

Debtor
Trustee
AUST