

**ORDERED in the Southern District of Florida on June 28, 2019.**

*A. Jay Cristol*
A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 19-14839-AJC |
|---|---|
| **GOOD SHEPHERD CHURCH, INC.** | Chapter 7 |
| Debtor./ | |

### ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO FILE DEBTOR'S SCHEDULES

THIS CAUSE came before the Court on June 20, 2019 at 10:30 a.m. upon *Trustee's Motion for Authority to File Debtor's Schedules* (the "Motion") [ECF No. 56], and the Court, having reviewed the Motion and file, having heard argument from Trustee's counsel, noting that the Debtor was served with the Motion and notice of hearing [ECF Nos. 58 and 60] at the address listed on the Debtor's Voluntary Petition, and based on what was stated on the record, it is

**ORDERED** as follows:

1. The Trustee's Motion is hereby **GRANTED.**

2.    The Trustee is authorized to file Debtor's Bankruptcy Schedules and State of Financial Affairs to include the Debtor's ownership of the Real Properties[1], the associated secured debt on the Real Properties, and any other relevant information related to the Debtor that the Trustee discovers upon further review of the Debtor's financial affairs.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

---

[1] Terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Motion.