UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                           CASE NO.: 19-14839-AJC

GOOD SHEPHERD CHURCH, INC.                       Chapter 7

    Debtor./

**TRUSTEE'S MOTION TO DISMISS CASE
WITH A TWO-YEAR PREJUDICE PERIOD**

Ross Hartog, as Trustee for the estate of Good Shepherd Church, Inc. (the "Debtor"), by and through the undersigned counsel, moves for the entry of an order dismissing this case. In support of this motion (the "Motion"), the Trustee states as follows:

1. On April 15, 2019 (the "Petition Date"), the Debtor filed a "skeleton" petition – without schedules or a statement of financial affairs - under chapter 7 of the Bankruptcy Code.

2. The Debtor is not represented by an attorney.

3. As of the filing of this Motion, the Debtor still has not filed its Schedules or Statement of Financial Affairs.

4. Pursuant to Florida Division of Corporations, the Debtor was formed on August 30, 2018.

5. On November 6, 2018, a little over three months after the Debtor was formed, New Beginnings of South Florida, Inc. ("New Beginnings") transferred (the "Transfer") seventeen parcels of real property (the "Real Properties") to the Debtor by quit claim deed recorded in Miami-Dade County Official Records Book 31209, Pages 3188-3192.

6.  As was thoroughly discussed in previous hearings, New Beginnings filed four separate bankruptcy cases, which appeared to be attempts by New Beginnings to avoid foreclosure of the Real Properties. [1]

7.  The Trustee suspects that the Transfer and the instant case was a continued effort to avoid foreclosure.

8.  However, obtaining the information to determine whether the Transfer was part of a greater scheme to avoid foreclosure has proved difficult given the Debtor's lack of cooperation and failure to file schedules or a statement of financial affairs.

9.  It has only been in the past week that the Trustee and his counsel were able to have meaningful discussions with principals of the Debtor.

10. Notwithstanding this fact, the Trustee believed and continues to believe that the Debtor is a "mere-continuation" of New Beginnings.

11. And it was on this basis that the Trustee and certain creditors requested that the case not be immediately dismissed.

12. Accordingly, the Trustee worked to administer certain of the Real Properties.

13. Unfortunately, no unsecured creditors filed claims and it is not appropriate for a trustee to administer assets solely for the benefit of secured creditors.

14. In light of the foregoing, the Trustee seeks an order dismissing this bankruptcy case and that the dismissal be "with prejudice" to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the Debtor for two years from entry of this order.

---

[1] On January 4, 2019, New Beginnings filed pro se, a skeleton petition for relief under Chapter 11, case no. 19-10138-LMI (the "Fourth Bankruptcy").  After an evidentiary hearing on an Order to Show Cause, Judge Isicoff dismissed the Forth Bankruptcy with prejudice for three years. *See* ECF No. 38, Case no. 19-10138-LMI.

WHEREFORE, the Trustee respectfully requests that this Court enter an order (a) granting the Motion, (b) dismissing this bankruptcy case, (c) declaring that the Debtor may not file another bankruptcy case in any federal bankruptcy court in the United States of America for two years from entry of this order; and (d) granting such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *foregoing* was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants and/or U.S. Mail on July 26, 2019.

Dated:  July 26, 2019

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel for the Trustee*
9130 South Dadeland Boulevard
Two Datran Center, Suite 1225
Miami, Florida 33156-7849
Telephone: (305) 670-5000

By: */s/ John H. lee*
John H. Lee
Fla. Bar No.: 91795
jlee@mrthlaw.com

*In re: Good Shepherd Church, Inc.*
Case No. 19-14839-AJC
<u>Service List</u>

**19-14839-AJC Notice will be electronically mailed to:**

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com; rhartog@ecf.epiqsystems.com; rrh@trustesolutions.net;rhartog@ecf.courtdrive.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com, ecfnotices@mrthlaw.com, mrthbkc@gmail.com, jgarey@mrthlaw.com, ycandia@mrthlaw.com, gruiz@mrthlaw.com; markowitzjr73991@notify.bestcase.com,jlee@ecf.courtdrive.com

Gary M Murphree on behalf of Creditor City First Mortgage Corp.
gmm@amlaw-miami.com, babreu@amlaw-miami.com;mramirez@amlaw-miami.com;amlaw.bestcase@gmail.com;abreubr75008@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John L Penson on behalf of Creditor ARCPE 2 LLC
pensonservice@gmail.com, pensonservice@gmail.com,Barbara@pensonlaw.org

**19-14839-AJC Notice will be mailed to:**

Good Shepherd Church, Inc
14500 NE 6th Ave
North Miami, FL 33161

Good Shepherd Church, Inc
14500 NE 6th Ave, Unit B
North Miami, FL 33161

Miami Dade County Tax Collector (windley)
200 NW 2nd Avenue, Suite 430
Miami, FL 33128

Barry Mukamal
1000 South Federal Highway
Suite 200
Ft. Lauderdale, FL 33316